THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RANDY D. MITCHELL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action |
| : | No. 5:08-cv-307 (CAR) |
| **EUGENIA HARRISON,** *et al.***,** : | |
| : | |
| **Defendants.** : | |
| : | |

### ORDER ON THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge that Defendants' Motion to Dismiss be denied. Defendants have entered no objection to the Recommendation. Upon consideration of the Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge, and his Recommendation (Doc. 24) is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, Defendants' Motion to Dismiss (Doc. 12) is **DENIED**.

It is SO ORDERED this 28th day of July, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

chw