IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| RANDY D. MITCHELL, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:08-CV-307 (MTT) |
| EUGENIA HARRISON, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion to Reconsider (Doc. 54) (the "Motion"). For the following reasons, the Motion is denied.

In an Order (Doc. 52) dated September 22, 2010, this Court granted summary judgment in favor of the Defendants. The basis of that ruling was that the Defendants could not have retaliated against the Plaintiff for filing a grievance by giving him a new, less-favorable work assignment for two reasons: (1) none of the Defendants who allegedly assigned the Plaintiff to his more-favorable work assignment had the authority to make such an assignment; and (2) prison policy prevented the Plaintiff from holding such a position anyway. The Plaintiff has not shown that this ruling was in error, or that the circumstances have since changed to the extent that the ruling should no longer apply. Therefore, the Motion (Doc. 54) is **DENIED.**

**SO ORDERED**, this the 13th day of December, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jch